## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ROYS TRANSMISSION SHOP, INC.,   )
                                   )

      Plaintiff,               )
                                   )

v.                                )          Case No. CIV-25-01394-JD
                                   )

CENTRAL MUTUAL INSURANCE     )
COMPANY,                    )
                                 )

      Defendant.            )

## ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case at the recent settlement conference. [*See* ADR Report, Doc. No. 18]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 28th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE